**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIGER LINES, LLC, a California limited liability company; GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:15-cv-00319-MCE-KJN<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE THIRD AMENDED COMPLAINT**<br><br>[Filed Concurrently with Stipulation] |

11365

# ORDER

The Court having reviewed the Stipulation to Allow Plaintiff to File Third Amended Complaint, and good cause appearing, finds and orders as follows that Plaintiff Lodi Memorial Hospital Association ("Plaintiff") is granted leave to file its Third Amended Complaint ("TAC"), a copy of which is attached to the Stipulation to Allow Plaintiff to File Third Amended Complaint as Exhibit "A." Plaintiff shall file its TAC no later than five (5) days following the date this order is electronically filed. Defendants shall file a response to the TAC within the statutorily required timeframe.

IT IS SO ORDERED.

Dated: April 24, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1