**EXHIBIT 1**

FC 11365

Lodi Memorial Hospital vs. Tiger Lines, LLC and Group Pension Administrators, Inc.

Case 2:15-cv-00319-MCE-KJN   Document 33-1   Filed 04/28/17   Page 2 of 2

Exhibit A

| | Patient Initials | Hospital File Number | Patient ID | Admission Date | Discharge Date | Total Charges | Total Paid | Balance | Facts Specific to Claim |
|---|---|---|---|---|---|---|---|---|---|
| 1 | V.A. | 000024743403 | 976310014 | 7/9/2013 | 7/9/2013 | $97,227.73 | $0.00 | $89,300.89 | Hospital account notes, 7/3/13: "PER SUZIE GRAY AT GPA 972-744-2486 PT IS ELIG AND CURRENT WITH A 6000 DED PT HAS MET 188.54 TOWARDS HER DED, ONCE DED IS MET PLAN WILL PAY AT 100%." |
| 2 | A.M. | 000025561820 | 976310032 | 3/12/2014 | 3/15/2014 | $79,357.24 | $9,760.62 | $69,598.62 | Hospital account notes, 3/11/14: "CALLED 800-827-7223 SPOKE TO WANDA G PT IS ELIG/CURR WITH GPA EFF 01/01/13 6000 DED ALL MET PLAN PAYS 100% AUTH# 0652643" |
| 3 | S.R. | 000025148982 | 976310073 | 10/26/2013 | 10/27/2013 | $34,905.20 | $5,737.08 | $29,168.12 | Hospital account notes, 10/28/13: "CALLED GPA AT 866-206-3224 SPOKE WITH LINDA F. TO NOTIFY THEM OF IN PT ADMISSION ... REF # 3019348 ... PT IS ELIGIBLE WITH GROUP AND PENSION ADMIN. HEALTH INS EFF 01/01/13 TO CURR. PT HAS A FAMILY DED OF 6000.00 AND HAS MET 5869.37. HIS FAMILY O/P IS 4356.10 AND HAS MET ALL OF IT.  AFTER DED IS MET PT WILL BE COVERED AT 100%, NO COINS OR COPAY LISTED." |
| 4 | K.D. | 000027106780 | 976310016 | 5/12/2015 | 5/16/2015 | $72,942.18 | $8,513.11 | $64,429.07 | Notes indicate "Received faxed auth for 3 days." |
| 5 | W.T. | 000027982545 | 1319070 | 1/6/2016 | 1/9/2016 | $69,819.63 | $7,900.47 | $61,919.16 | Notes indicate "auth pending" as of 1/13.  Note on 1/19 indicates "all days approved. . |
| 6 | S.W. | 000026875575 | 976310058 | 3/15/2015 | 3/16/2015 | $62,939.84 | $7,835.89 | $51,804.21 | Notes indicate "Plan pays at 100%" |
| 7 | J.V. | 000027009919 | 976310040 | 4/17/2015 | 4/20/2015 | $54,251.21 | $6,497.39 | $47,753.82 | Note  indicates "Rec fax auth 4/17-4/20". |
| 8 | J.S. | 000026410969 | 976310182 | 11/12/2014 | 11/13/2014 | $47,455.90 | $3,695.62 | $43,760.28 | Note entered on 11/13 says "pays 100%" |
| 9 | J.F. | 000026288639 | 976310084 | 10/31/2014 | 11/5/2014 | $43,746.19 | $5,298.92 | $38,447.27 | Note entered on 10/15 says "pays 100%" |
| 10 | M.M. | 000027110295 | 976310027 | 5/28/2015 | 6/6/2015 | $37,038.04 | $6,650.42 | $30,387.62 | On 6/4, told that "no auth required" for maternity.  Eligibility verified on 5/15, well before admission. |
| 11 | C.E. | 000027780865 | 976310148 | 12/8/2015 | 12/8/2015 | $25,562.53 | $0.00 | $25,562.53 | Note indicates "Pays 100%." Note also indicates auth'd for CPT codes 30140 and 30520. |
| | | | | | | $625,245.69 | $61,889.52 | $552,131.59 | |