**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ELISE D. KLEIN, SB# 111712
   E-Mail: Elise.Klein@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Tiger Lines, LLC and Group &
Pension Administrators, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, INC., | CASE NO. 2:15-cv-00319-MCE-KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| TIGER LINES, LLC; GROUP & PENSION ADMINISTRATORS, INC.; AND DOES 1 THROUGH 23, INCLUSIVE, | |
| Defendant. | |

Based upon the stipulation of the parties, and good cause appearing, the discovery cut off date in this action shall be continued to December 24, 2018. All other dates shall be set pursuant to the Court's Supplemental Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: September 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4842-6070-8465.1

[PROPOSED] ORDER