LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
MELANIE JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
RICHARD A. LOVICH, ESQ. (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:   (818) 559-4477
Facsimile:    (818) 559-5484

Attorneys for Plaintiff
LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIGER LINES, LLC, a California limited liability company; GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:15-cv-00319-MCE-KJN<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER<br><br>Fed. R. Civ. Proc. Rule 41(a)1(ii) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record that the above-captioned action be is dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)1(ii).

11365                                          - 1 -          STIPULATION OF DISMISSAL

1 | SO STIPULATED.

2 | Dated: January 31, 2020

STEPHENSON, ACQUISTO & COLMAN

/s/ Karlene Rogers-Aberman

KARLENE J. ROGERS-ABERMAN
Attorneys for
LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation

January 31, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Elise D. Klein

ELISE D. KLEIN, ESQ.
Attorneys for
TIGER LINES, LLC, a California limited liability company; GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation

11365    - 2 -    STIPULATION OF DISMISSAL

# [PROPOSED] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)1(ii).

Dated: _____     By: _____
                         THE HONORABLE MORRISON C. ENGLAND, JR.