LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
MELANIE JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
RICHARD A. LOVICH, ESQ. (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIGER LINES, LLC, a California limited liability company; GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:15-cv-00319-MCE-KJN<br><br>STIPULATION OF DISMISSAL; ORDER THEREON<br><br>Fed. R. Civ. Proc. Rule 41(a)1(ii) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record that the above-captioned action be is dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)1(ii).

11365 - 1 - STIPULATION OF DISMISSAL

SO STIPULATED.

Dated: January 31, 2020

STEPHENSON, ACQUISTO & COLMAN

/s/ Karlene Rogers-Aberman

---
KARLENE J. ROGERS-ABERMAN
Attorneys for
LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation

LEWIS BRISBOIS BISGAARD
& SMITH LLP

/s/ Elise D. Klein

---
ELISE D. KLEIN, ESQ.
Attorneys for
TIGER LINES, LLC, a California limited liability company; GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation

## ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefor, the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)1(ii). The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: February 4, 2020

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE